

# IN THE

# TENTH COURT OF APPEALS

No. 10-21-00298-CV

**MARVIN HAWKINS,**

**Appellant**

**v.**

**SENTRY CASUALTY COMPANY,**

**Appellee**

**From the 414th District Court**
**McLennan County, Texas**
**Trial Court No. 2019-572-5**

## MEMORANDUM OPINION

Marvin Hawkins' notice of appeal was filed on November 15, 2021. In a letter dated November 16, 2021, the Clerk of this Court notified Hawkins that the appeal was subject to dismissal. *See* TEX. R. APP. P. 26.1. In the same letter, Hawkins was also warned that the Court would dismiss the appeal without further notification unless, within 14 days from the date of the letter, a response was filed showing grounds for continuing the appeal. More than 14 days have passed, and Hawkins has not responded.

Accordingly, this appeal is dismissed for the failure to comply with a notice from the Clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(c).


                              TOM GRAY
                              Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion delivered and filed January 5, 2022
[CV06]

